■ Marcia Allen, Plaintiff, v Wal-Mart Stores, Inc., Defendant. (Action No. 1.) Marcia Allen, Appellant, v Wal-Mart Stores East, LP, Respondent. (Action No. 2.) [992 NYS2d 917]— Appeal from an order of the Supreme Court, Monroe County (Evelyn Frazee, J.), entered July 30, 2012. The order granted the motion of defendant to strike the complaint and dismiss action No. 2 pursuant to CPLR 3126.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Allen v Wal-Mart Stores, Inc.* ([appeal No. 1] 121 AD3d 1512 [2014]). Present—Scudder, P.J., Peradotto, Carni and Lindley, JJ.